**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

KEIRA GOODWIN,

Plaintiff,

v.

KCE CHAMPIONS LLC, a corporation; KINDERCARE EDUCATION LLC, a corporation; and DOES 1-100, inclusive,

Defendants.

Case No. 2:26-cv-02275-WBS-SCR

**ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

Date: November 30, 2026
Time: 1:30 a.m.
Place: Courtroom 5

Complaint Filed: August 15, 2025
Trial Date: None
Sr. District Judge: Hon. William B. Shubb
Courtroom 5, Sacramento
Magistrate Judge: Hon. Sean C. Riordan
Courtroom 27, Sacramento

Having reviewed the Parties' Joint Status Report and Stipulation, the Court approves and adopts the stipulation. The November 30, 2026, Case Management Conference is hereby continued to March 22, 2027.

IT IS SO ORDERED.

Dated: November 20, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE